COM.

v.

LOBO–ESTRADA, W.

1720 MDA 2016

Superior Court of Pennsylvania.

08/04/2017

CP–67–CR–0004784–2014, (York)

Affirmed

COM.

v.

PEEBLES, K.

72 MDA 2017

Superior Court of Pennsylvania.

08/04/2017

CP–06–CR–0000878–2016 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

MCPHERSON, B.

318 MDA 2017

Superior Court of Pennsylvania.

08/04/2017

CP–36–CR–0001609–2007 (Lancaster)

Affirmed

M.D.G.

v.

M.C.M. and P.R.G. & D.S.G.

372 MDA 2017

Superior Court of Pennsylvania.

08/04/2017

2014–1898 (Franklin)

Vacated/Remanded

COM.

v.

WALLS, L.

1488 WDA 2015

Superior Court of Pennsylvania.

08/04/2017

CP–02–CR–0007810–2014 (Allegheny)

Affirmed

